ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/7/22

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JET EXPERTS, LLC,

                Plaintiff,

   - against -

ASIAN PACIFIC AVIATION LIMITED AND
TVPX AIRCRAFT SOLUTIONS, INC., IN
ITS CAPACITY AS OWNER TRUSTEE,

                Defendants.

22 Civ. 02426 (LLS)

ORDER

    Defendants' motion to strike as untimely plaintiff's reply in further support of its motion for a preliminary injunction (Dkt. Nos. 20-22) is denied.

    Plaintiff's cross-motion for the needed 1-hour-22-minute extension of time to file the challenged reply is granted.

    So Ordered.

Dated:   New York, New York
          April 7, 2022

                                *Louis L. Stanton*
                                LOUIS L. STANTON
                                    U.S.D.J.