UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JET EXPERTS, LLC,

                Plaintiff,

  -against-                                     22 **CIVIL** 2426 (LLS)

                                                                 **JUDGMENT**

ASIAN PACIFIC AVIATION LIMITED and
TVPX AIRCRAFT SOLUTIONS, INC., IN ITS
CAPACITY AS OWNER TRUSTEE,

                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 4, 2022, the Court holds that plaintiff Jet Experts has established its claims against defendants; therefore, judgment is entered in favor of plaintiff Jet Experts, LLC and against defendants Asian Pacific Aviation Limited and TVPX Aircraft Solutions, Inc., in its capacity as Owner Trustee (collectively, "defendants"), on plaintiff's claim for Specific Performance, directing defendants to forthwith transfer to plaintiff, in accordance with the procedures set forth in the Aircraft Purchase Agreement, the legal title, possession and control of the 2012 Bombardier Challenger 300 bearing manufacturer's serial number 20382 and U.S. Registration Number N528YT and two (2) Honeywell model AS907-1-1A aircraft engines bearing manufacturer's serial numbers P-118908 and P-118909 (the "Aircraft") within thirty (30) days of the Order, unless otherwise agreed by the parties, for plaintiff's possession, use and operation in its business and medical practice. IT IS FURTHER ORDERED, that plaintiff shall hold the aircraft as Trustee for the defendants, in case the Court of Appeals should overturn this ruling. During the time from its receipt of possession and ownership of the Aircraft to the delivery of the Court of Appeal's decision on any timely appeal

by defendants, plaintiff shall not operate outside of or permit the Aircraft to leave the limits of the Continental United States of America, nor shall it make any substantial alteration in the Aircraft, or its equipment without the prior consent of defendants or this Court, so that if so directed by the Court of Appeals, it can be returned to the defendants in the condition in which it was delivered by them to plaintiff. IT IS FURTHER ORDERED THAT, this Court retains jurisdiction to consider Plaintiff's supplemental application for the award of reasonable attorneys' fees and costs incurred, as expressly provided for in Section 7.15 of the Purchase Agreement. Plaintiff shall submit evidence of its costs and attorneys' fees by two weeks after expiration of the time to appeal the Order and Judgment if no appeal is taken; if an appeal is taken, the prevailing party shall do so by two weeks after the Court of Appeals issues its mandate.

**Dated:**  New York, New York

  May 4, 2022

**RUBY J. KRAJICK**
**Clerk of Court**

**BY:**  *K. Mango*
**Deputy Clerk**