ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/2/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JET EXPERTS, LLC,

                   Plaintiff,

- against -

ASIAN PACIFIC AVIATION LIMITED and TVPX AIRCRAFT SOLUTIONS, INC., IN ITS CAPACITY AS OWNER TRUSTEE,

                   Defendants.

22 Civ. 02426 (LLS)

ORDER

    This Court having ordered that ownership of the Aircraft be transferred to plaintiff and the Court of Appeals having denied defendants' attempt to obtain a stay in that Court, and time being of the essence in complying with the May 4, 2022 Judgment, it is ordered, pursuant to 28 U.S.C. § 1963, that the Judgment be registered in the District Courts of Utah and Oklahoma City.

    So Ordered.

Dated:    New York, New York
            June 2, 2022

                                                Louis L. Stanton
                                                Louis L. Stanton
                                                     U.S.D.J.