USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/24/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JET EXPERTS, LLC,

                      Plaintiff,

     - against -

ASIAN PACIFIC AVIATION LIMITED and TVPX
AIRCRAFT SOLUTIONS, INC., IN ITS CAPACITY
AS OWNER TRUSTEE,

                      Defendants.

22 Civ. 02426 (LLS)

ORDER

    It being impossible for corporate defendants to appear other than by counsel, they are not obliged to be present at the Monday, June 27 hearing by any other additional representative.

    So Ordered.

Dated:    New York, New York
           June 24, 2022

*Louis L. Stanton*
Louis L. Stanton
U.S.D.J.