ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/14/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JET EXPERTS, LLC,

                  Plaintiff,

     - against -

ASIAN PACIFIC AVIATION LIMITED and TVPX
AIRCRAFT SOLUTIONS, INC., IN ITS CAPACITY
AS OWNER TRUSTEE,

                  Defendants.

22 Civ. 02426 (LLS)

ORDER

    The remaining issues arising under the Court's May 4, 2022 Judgment were resolved at a conference on July 13, 2022 as follows:

<u>Batteries</u>

    Within 24 hours, defendants will place a purchase order for a new sensor with Bombardier, the source identified by Dr. Gillis, and will install it without undue delay, providing a copy of the purchase order to plaintiff.

    Defendants will produce the work order for the second battery, showing it passed the test. If the work order cannot be produced or the battery failed to pass the test, defendants without delay will purchase, pay for, and

1

install a replacement battery from Dr. Gillis's source in Frankfurt.

Defendants will promptly ship the batteries which passed the test back from Shanghai to Tianjin for installation in the aircraft.

### Pilots

Defendants have full authority and responsibility for selecting and hiring pilots to taxi and fly the aircraft to Singapore within the next month.

If the company defendants use for that purpose or their other sources fail to furnish pilots, defendants will promptly tell Dr. Gillis so he can invoke his sources to assist defendants. In either event, the cost of pilots is born by plaintiff.

### Schedule

The aircraft is to be delivered to plaintiff in Singapore within the next two to four weeks.

So Ordered.

Dated:    New York, New York
          July 14, 2022

*Louis L. Stanton*
LOUIS L. STANTON
U.S.D.J