ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JET EXPERTS, LLC,

                                    Plaintiff,

              - against -

ASIAN PACIFIC AVIATION LIMITED and TVPX
AIRCRAFT SOLUTIONS, INC., IN ITS CAPACITY
AS OWNER TRUSTEE,

                                    Defendants.

22 Civ. 02426 (LLS)

ORDER

On August 8, 2022, the Court orally directed Asian Pacific's defense counsel to produce "all of the communications back and forth between your client and the [Chinese] court. All of the submissions to the court, all of their arguments to the court and all of the communications between the court and your client and between the plaintiff that action and your client. That should not be too hard to assemble."

Defense counsel replied, "I agree, your Honor." (Tr. pp. 9-10).

Counsel has not yet complied fully with that directive, and therefore, it is now ORDERED, that Defendant Asian Pacific, Brendan Collins, Esq. and GKG Law shall produce on a rolling basis by no later than Friday, September 2, 2022, all the above listed documents and communications, and any other documents and communications relating to the Chinese Court action and its underlying transactions, facts, and occurrences. Materials

-1-

withheld on the basis of privilege should be listed separately
in a privilege log.


        So Ordered.

Dated:      New York, New York
            August 22, 2022

                                    _Louis L. Stanton_
                                    Louis L. Stanton
                                    U.S.D.J.