ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDNY
DOCUMENT
ELECTRO~... FILE
DOC #·
2/21/23

--------------------------------------------------x
                                              )
JET EXPERTS, LLC,                             )
                                              )
        Plaintiff and Counter-                )
        Claim Defendant,                      )
                                              )
        v.                                    )      22 Civ. 02426 (LLS)
                                              )
ASIAN PACIFIC AVIATION LIMITED                )
and TVPX AIRCRAFT SOLUTIONS, INC.,            )
in its capacity as owner trustee,             )
                                              )
        Defendants and                        )
        Counterclaimants.                     )
--------------------------------------------------x

### STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

WHEREAS, the parties have, after have negotiating in good faith for that purpose, resolved

the issues alleged in the complaint and counterclaim in the captioned action pursuant to a written

settlement agreement;

WHEREAS, none of the parties to the captioned action is an infant or incompetent person;

and

WHEREAS, the parties in the captioned action wish to discontinue the litigation with

prejudice;

NOW, THEREFORE, IT IS STIPULATED AND AGREED, by and among the parties,

through their respective undersigned counsel, and subject to the Court's approval, as follows:

1.      The parties hereby agree that the captioned action, and all claims and counterclaims

therein, and any claims related thereto, shall be and is dismissed and discontinued with prejudice

*The Clerk is respectfully requested to close this case.*

*Louis L. Stanton*

*2/21/23*

pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with each party bearing its own costs, expenses and attorney's fees;

2.    Nothing in this Stipulation of Dismissal shall be construed as an admission or concession of liability by any party concerning any of the allegations made in the captioned action.

3.    This Stipulation of Dismissal shall have no precedential value or effect whatsoever and shall not be admissible in any other action or proceeding as evidence or for any other purpose except as evidence of dismissal.

4.    This Stipulation of Dismissal may be executed in counterparts and delivered by facsimile or via electronic means such as PDF, and each such counterpart and/or facsimile/electronic signature shall be deemed to be an original, and all of which when taken together shall constitute one executed agreement.

5.    Once executed, this Stipulation of Dismissal may be filed with the Court by any party without further notice.

Dated: Feb 15, 2025

Brendan Collins, Esq.
GKG Law, P.C.
1055 Thomas Jefferson Street NW | Suite 500
Washington, DC 20007
Tel.: 202-342-6793
bcollins@gkglaw.com
*Counsel for Defendant-Counterclaimant*
*Asian Pacific Aviation Limited*

David Rosenberg, Esq.
Todd & Levi, LLP
444 Madison Avenue, Suite 1202
New York, New York 10022
Tel.: 212-308-7400

2

drosenberg@toddlevi.com
*Counsel for Defendant-Counterclaimant*
*TVPX Aircraft Solutions, Inc., in its capacity*
*as owner-trustee*

Michael James Maloney, Esq.
Felicello Law P.C.
366 Madison Avenue 3rd Floor
New York, NY 10017
(212) 584-7806
mmaloney@felicellolaw.com
*Counsel for Plaintiff-Counterclaim-Defendant*
*Jet Experts, LLC*

**SO ORDERED:**                          Date:
                                         New York, New York

**Hon. Louis L. Stanton**
**United States District Judge**

3